*United States v. Omar Cisse*

**15-CR-74-RJA**

# DEFENDANT'S EXHIBIT A



*Literacy West NY, Inc.*
   *learning for life...*

| | |
|---|---|
| *Allegany* | 5455 State Rte. 19 N, Belmont, NY 14813<br>Phone: 585.268.5213   Fax: 585.268.9120 |
| *Cattaraugus* | One Blue Bird Square, LL, Olean, NY 14760<br>Phone: 716.373.1880 ext. 277 |
| *Wyoming* | 29 North Main St, Warsaw, NY, 14569<br>Phone: 585.786.3890   Fax; 585.228.1015 |

August 14, 2015

To Whom It May Concern,

I am pleased to have the opportunity to speak on behalf of Mr. Omar Cisse.

Mr. Cisse enrolled with our Educational program here at the Allegany County Jail on April 3, 2015. He completed the enrollment TABE testing that same day. He scored a grade equivalent of 4.2 on reading and 4.6 on math. He did a reading post-test on June 23 scoring a grade equivalent of 6.6 and a math post-test on July 28 scoring a 5.3 grade equivalent. We attribute this gain to his active participation in academic classes.

He received certificates after completing the following workshops:

*May:*      Employment & Training Services Information (DOL)

*June:*     Career Pathways


Mr. Cisse has demonstrated appropriate behavior and active participation when attending academic classes and workshops. He is also working towards TASC (formerly GED) readiness with the BOCES program.


Please do not hesitate to contact me with any questions you may have. I can be reached by email at kcarney@lwny.org.


Sincerely,

Kimberly Carney
Corrections Program Site Coordinator
Literacy West NY, Inc.
5455 State Route 19N
Belmont, NY  14813


*Empowering Allegany, Cattaraugus, Wyoming communities through lifelong learning!*

*United States v. Omar Cisse*

**15-CR-74-RJA**

# DEFENDANT'S EXHIBIT B

# CERTIFICATE OF SUCCESSFUL COMPLETION

*Literacy West NY, Inc.*
*learning for life...*



THIS CERTIFIES

*Omar Cisse*

ATTENDED THE FOLLOWING WORKSHOP

*Career Pathways*

*Presenter: Linda Cash*
*June 10 & 17, 2015*

*United States v. Omar Cisse*

**15-CR-74-RJA**

# DEFENDANT'S EXHIBIT C

# CERTIFICATE OF SUCCESSFUL COMPLETION

*Literacy West NY, Inc.*
*learning for life...*

THIS CERTIFIES

*Omar Cisse*

ATTENDED THE FOLLOWING WORKSHOP

*Employment & Training Services Information*

*Presenters: Dawn Herman*
*Department of Labor*
*May 1, 2015*